UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANISLAUS PARTNERS**, a California partnership, and **STANISLAUS FOOD PRODUCTS COMPANY**, a California corporation<br><br>Plaintiffs,<br>vs.<br><br>**CONSERVE ITALIA, S.c.A**, an Italian joint stock corporation, and **MAXCO INTERNATIONAL**, a legal entity, form presently unknown, and **LETTIERI & CO. LTD,** a California corporation,<br><br>Defendants. | Case No. 1:10-cv-02328-AWI-SKO<br><br>**ORDER DISMISSING DEFENDANT LETTIERI & CO. LTD. IN LIGHT OF NOTICE OF DISMISSAL** |

On January 31, 2011, Plaintiffs Stanislaus Partners and Stanislaus Food Products Company filed a notice pursuant to Local Rule 160 (a) that they have settled this matter with Defendant Lettieri & Co. Ltd. and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that they were voluntarily dismissing their claims with prejudice against Defendant Lettieri & Co. Ltd. only. Such a notice is proper where, as here, the Defendant has neither answered nor filed a motion for summary judgment.

//

//

1  Therefore, IT IS HEREBY ORDERED that Lettieri & Co. Ltd. is DISMISSED from this case
2  with prejudice in light of the Plaintiffs' Rule 41 (a)(1) notice of voluntary dismissal.

5  IT IS SO ORDERED.

6  Dated:   February 4, 2011
                                     CHIEF UNITED STATES DISTRICT JUDGE