UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANISLAUS PARTNERS**, a California partnership, and **STANISLAUS FOOD PRODUCTS COMPANY**, a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>**CONSERVE ITALIA, S.c.A.**, an Italian joint stock corporation, and **MAXCO INTERNATIONAL**, a legal entity, form presently unknown, and **LETTIERI & CO. LTD,** a California corporation,<br><br>Defendants. | Case No. 1:10-cv-02328-AWI-SKO<br><br>**ORDER DISMISSING REMAINING DEFENDANTS IN LIGHT OF NOTICES OF DISMISSAL AND TERMINATING THE CASE** |

On January 13, 2011 and February 9, 2011, Plaintiffs Stanislaus Partners and Stanislaus Food Products Company filed notices pursuant to Local Rule 160 (a) that they have settled this matter with Defendants Maxco International and Conserve Italia, S.c.A., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that they were voluntarily dismissing their claims with prejudice against Defendant Maxco International and without prejudice against Defendant Conserve Italia, S.c.A. (Docket Nos. 8, 14). Such notices are proper where, as here, the Defendants have neither answered nor filed a motion for summary judgment.

Page 1

1     Therefore, IT IS HEREBY ORDERED that Maxco International is DISMISSED from this
2 case with prejudice and that Conserve Italia, S.c.A. is dismissed without prejudice in light of the
3 Plaintiffs' Rule 41 (a)(1) notices of voluntary dismissal.
4     The third Defendant, Lettieri & Co. Ltd was dismissed by Order dated February 7, 2011
5 (Docket No. 13).  Since all Defendants have been dismissed IT IS HEREBY ORDERED that the case
6 file be closed and that this matter be terminated.

11 IT IS SO ORDERED.

12 Dated:   February 12, 2011               _____
13                                             CHIEF UNITED STATES DISTRICT JUDGE